IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES BUECHLER** | * | |
| *Plaintiff,* | * | Case No. 12-cv-970 |
| v. | * | **Filed Electronically** |
| **ATM EXPRESS, INC.** and **DOES 1-10, inclusive,** | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff, James Buechler, voluntarily dismisses this action without prejudice.

Dated: April 30, 2012        Respectfully Submitted,

                                  /s/ E. David Hoskins
                            E. David Hoskins, Bar No. 06705
                            THE LAW OFFICES OF E. DAVID HOSKINS, LLC
                            Quadrangle Building at Cross Keys
                            2 Hamill Road, Ste. 362
                            Baltimore, Maryland 21210
                            (410) 662-6500 (Tel.)
                            (410) 662-7800 (Fax)
                            *dhoskins@hoskinslaw.com*